**L. C. CARTWRIGHT, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27952.**

Court of Criminal Appeals of Texas.

Jan. 18, 1956.

Wardlow W. Lane, Center, for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty, is for the offense of transporting beer in a dry area; the punishment, 10 days in jail and a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.